# **EXHIBIT B**

Exhibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 207 | Owosso | $ 70,521.45 | $ 4,928.12 | $ 2,377.98 | $ 2,424.27 | $ 1,305.99 | $ 81,557.81 | $ 14,446.00 | $ 96,003.81 |

## Account Status

### 207 Owosso

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| R207030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 4,928.12 | 4,928.12 |
| 207-0000928 | Merchandise INV | 27-FEB-20 | 13-MAR-20 | USD | 11,924.22 | 11,924.22 |
| 207-0000929 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 940.18 | 940.18 |
| 207-0000930 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 207-0000931 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 416.61 | 416.61 |
| 207-0000932 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 50.00 | 50.00 |
| 207-0000933 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 1,776.93 | 1,776.93 |
| 207-0000934 | Gift Cards INV | 29-FEB-20 | 15-MAR-20 | USD | 9.96 | 9.96 |
| S207022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 595.52 | 595.52 |
| 207-0000935 | Merchandise INV | 02-MAR-20 | 17-MAR-20 | USD | 20,017.18 | 20,017.18 |
| 207-0000936 | Merchandise INV | 05-MAR-20 | 20-MAR-20 | USD | 9,564.11 | 9,564.11 |
| S207030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 495.52 | 495.52 |
| 207-0000937 | Merchandise INV | 08-MAR-20 | 23-MAR-20 | USD | 29,015.94 | 29,015.94 |
| 207-0000938 | CPU VIA Merch INV | 08-MAR-20 | 23-MAR-20 | USD | 279.42 | 279.42 |
| 207-0000939 | CPU VIA Fees INV | 08-MAR-20 | 23-MAR-20 | USD | 50.00 | 50.00 |
| 207-0000940 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 647.34 | 647.34 |
| 207-0000941 | Gift Cards INV | 08-MAR-20 | 23-MAR-20 | USD | 500.00 | 500.00 |
| S207031420 | Shuttle INV | 08-MAR-20 | 23-MAR-20 | USD | 247.76 | 247.76 |
| | | | | | Total Due | 81,557.81 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| MONTH | NOVEMBER | YEAR | 2019 | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|
| STORE | 207 | STORE NAME | OWOSSO | | | DUE DATE: | 1/31/2020 |
| INVOICE | 207-113019 | | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ BOUNCING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | OWOSSO | IT | AT&T MOBILITY | 872365000008X10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 207 | OWOSSO | ART VAN | DAMAGE & REPAIR CREDITS | 113019 | 11/30/19 | DAMAGE & REPAIR CREDITS | 1 | (1,050.00) | (1,050.00) | | | (1,050.00) |
| 207 | OWOSSO | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 2,441.00 | 2,441.00 | | | 2,441.00 |
| 207 | OWOSSO | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 2,618.46 | 2,618.46 | | | 2,618.46 |
| 207 | OWOSSO | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#80753 | 14 | | 13.66 | 9.69 | 0.82 | 24.17 |
| 207 | OWOSSO | ADVERTISING | GRAPHICS EAST | 81017 | 10/16/19 | DIRECT MAIL-AV SIGNATURE CARD EVENT 10/23/19 GE#80595 PRINT | 961 | | | | | 128.74 |
| 207 | OWOSSO | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 14 | | 24.10 | | 1.45 | 25.55 |
| 207 | OWOSSO | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2 -1 VERSIONS GE#81200 | 15 | | 17.55 | | 1.05 | 18.60 |
| 207 | OWOSSO | ADVERTISING | GRAPHICS EAST | 81578 | 11/14/19 | NOVEMBER 2019 EVENT POSTERS-2 | 1 | 200.59 | 200.59 | | | 200.59 |
| 207 | OWOSSO | ADVERTISING | GRAPHICS EAST | 81615 | 11/22/19 | POSAGE-MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 GE#81519 | 7,480 | | | | | 1,465.70 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 7,625 | | 132.91 | 19.23 | | 152.14 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE:10/13/19 COLUMBUS DAY 12PAGE TABLOID | 25 | | 1.00 | 0.09 | | 1.09 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29205 | 11/8/19 | ART VAN ISSUE DATE:11/1/19 BLACK SATURDAY 8PG TAB | 7,525 | | | | | 278.30 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 7,500 | | | | | 277.66 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE:11/28/19 BLACK FRIDAY 8PG DOUBLE GATE | 26,025 | | | | | 1,376.56 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29210 | 11/15/19 | ART VAN ISSUE DATE:11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 7,525 | | | | | 281.56 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29211 | 11/15/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 25 | | | | | 0.85 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA | 29209R | 11/15/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 50 | | | | | 1.71 |
| 207 | OWOSSO | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941534 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 207 | OWOSSO | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942871 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 207 | OWOSSO | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 4 | | | | | 3.00 |
| 207 | OWOSSO | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149536 | 10/28/19 | ART VAN-1YR EXTENDED WARRANTY MAILING SEPTEMBER | 3 | | | | | 31.00 |

8,348.23

```
Run Date . . :   /10/2019                                ART VA    NITURE                                                961229/ACC.     RC_SRV_CD
Run Time . . :    :33:03                              Franchise Service Credits                                          MAN898R/Nh..SYS
Store  . . . : 207 OWOSSO FR                         11/01/2019 to 11/30/2019
Page   . . . : 00001
Vendor/Model            Debit Memo#        Service#    Road Service  Delivery Prp  Damage Reprs
============            ===========        ========    ============  ============  ============
VHFUR PX2905-03-CHOC                       808-1822687-001      75.00          .00          .00
VHFUR PX2905-01G-CHOC                      808-1822687-002      75.00          .00          .00
KDOWN 800TT-12-5                           808-1822697-001      75.00          .00          .00
SIM   GRHV-5                               808-1822699-001      75.00          .00          .00
ASH   7050966                              808-1822704-001      75.00          .00          .00
ABBLI AS-E1205-SGRY-2                      808-1822712-001      75.00          .00          .00
FYUAN D71202-SC                            808-1823417-001      75.00          .00          .00
FYUAN D71202-SC                            808-1823417-002      75.00          .00          .00
KDOWN 600BB-12-5                           808-1823418-001      75.00          .00          .00
SAM   S382-042                             808-1823423-001      75.00          .00          .00
KDOWN KAM-17-5                             808-1823426-001      75.00          .00          .00
YBH   1302-10C                             808-1823430-001      75.00          .00          .00
LZB   P10-709-BLUE                         808-1823442-001      75.00          .00          .00
KDOWN 300GB-12-5                           808-1823444-001      75.00          .00          .00
                                                           ===========  ============  ============
Total . . :                                                    1050.00          .00          .00       1050.00
```

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 207-0082126 | 20191102 | APPLEAIRPODS | 170.00 | 170.00 | 207 |
| 207-0082471 | 20191112 | PROMO50HDTV | 250.01 | 225.00 | 207 |
| 207-0082500 | 20191109 | WIRELESSBEATS | 150.00 | 132.00 | 207 |
| 207-0082514 | 20191109 | 50IN-TV | 250.00 | 250.00 | 207 |
| 207-0082515 | 20191110 | WIRELESSBEATS | 150.00 | 132.00 | 207 |
| 207-0082530 | 20191128 | 50IN-TV | 250.00 | 250.00 | 207 |
| 207-0082636 | 20191116 | SOUND-BAR | 150.00 | 150.00 | 207 |
| 207-0082655 | 20191117 | 50IN-TV | 250.00 | 250.00 | 207 |
| 207-0082657 | 20191117 | SOUND-BAR | 150.00 | 150.00 | 207 |
| 207-0082813 | 20191129 | AIRFRYER | 50.01 | 50.00 | 207 |
| 207-0082835 | 20191129 | AIRFRYER | 50.01 | 50.00 | 207 |
| 207-0082860 | 20191129 | WIRELESSBEATS | 150.00 | 132.00 | 207 |
| 207-0082876 | 20191129 | 50IN-TV | 250.00 | 250.00 | 207 |
| 207-0082902 | 20191129 | 50IN-TV | 250.00 | 250.00 | 207 |
|  |  |  |  | 2,441.00 |  |

# FRANCHISE BILLING FORM

| DECEMBER | 2019 | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|
| STORE | 207 | OWOSSO | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 207-123119 | | | | | | |

## ART VAN FURNITURE

### FRANCHISE / VENDOR / INVOICE DETAIL

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 207 | OWOSSO | IT | AT&T MOBILITY | 287236900008X11252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 207 | OWOSSO | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (525.00) | (525.00) | | | (525.00) |
| 207 | OWOSSO | ADVERTISING | FALL 2019 CATALOG | 123119 | 12/31/19 | FALL 2019 CATALOG MASS MAILING | 1 | 812.93 | 812.93 | | | 812.93 |
| 207 | OWOSSO | ART VAN | ART VAN | 123119PSCR | 11/30/19 | PURESLEEP "BLACK FRIDAY WEEKEND" CONTEST - JAMES THOMLINSON | 1 | (500.00) | (500.00) | | | (500.00) |
| 207 | OWOSSO | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 2,618.41 | 2,618.41 | | | 2,618.41 |
| 207 | OWOSSO | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 1,497.00 | 1,497.00 | | | 1,497.00 |
| 207 | OWOSSO | ART VAN | VENDOR DM | 123119 | 12/31/19 | VENDOR CREDIT (SEE ATTACHED) | 1 | (30.00) | (30.00) | | | (30.00) |
| 207 | OWOSSO | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 207 | OWOSSO | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 207 | OWOSSO | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 14 | | 15.90 | | 0.95 | 16.85 |
| 207 | OWOSSO | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 207 | OWOSSO | ADVERTISING | GRAPHIC EAST | 81708 | 11/27/19 | MUMBO POSTCARD-ONE BIG HOLIDAY SALE 12/7 FRANCHISE/INSTORE | 7,480 | | 741.29 | 11.88 | 44.48 | 797.65 |
| 207 | OWOSSO | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WVEMT POSTERS ROUND 2-2VERSIONS GE#81954 | 14 | | 17.43 | 16.26 | 1.05 | 34.74 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 26,025 | | | | | 944.35 |
| 207 | OWOSSO | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 207 | OWOSSO | IT | PCM | 900786953 | 11/15/19 | REPLACEMENT OF OUTDATED COMPUTERS | 1 | 348.31 | 348.31 | | | 348.31 |
| 207 | OWOSSO | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943906 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 207 | OWOSSO | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149539 | 10/28/19 | MATCH 1YR EXTENDED WARRANTY MAILING OCTOBER POSTAGE/DDPO | 2 | | | | | 5.00 |
| 207 | OWOSSO | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 8 | | | | | 5.00 |

| | | GRAND TOTAL | 207 | $ 6,097.77 |
|---|---|---|---|---|


```
Run Date    :  /10/2020                              ART VANITURE                                   990708/ACCRC_SRV_CD
Run Time    :  13:03:25                             Franchise Service Credits                              MAN898R/NEWSYS
Store . . . :  207 OWOSSO FR                         12/01/2019 to 12/31/2019
Page . . . :  00001
Vendor/Model           Debit Memo#      Service#      Road Service   Delivery Prp   Damage Reprs
================================================================================================
KDOWN 400BR-12-5                        808-1840516-001      75.00           .00            .00
MANWA XW9171M-L1-1K                     808-1840520-001     125.00           .00            .00
ABBLI AS-E1205-SGRY-3I                  808-1840522-001     125.00           .00            .00
MENG  MNY2007-47                        808-1840524-001      75.00           .00            .00
SOUMO 5153MPCHILL-COFFEE                808-1840528-001     125.00           .00            .00
================================================================================================
Total . . :                                                 525.00           .00            .00          525.00
```

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 207-0082829 | 20191212 | AIRFRYER | 50.01 | 50.00 | 207 |
| 207-0082831 | 20191223 | WIRELESSBEATS | 150.00 | 132.00 | 207 |
| 207-0082967 | 20191201 | 50IN-TV | 250.00 | 250.00 | 207 |
| 207-0082982 | 20191217 | SYG-100-M-BIKE | 75.00 | 75.00 | 207 |
| 207-0082983 | 20191206 | AIRFRYER | 50.01 | 50.00 | 207 |
| 207-0082985 | 20191202 | AIRFRYER | 50.01 | 50.00 | 207 |
| 207-0083071 | 20191220 | TV-43INCH | 150.00 | 150.00 | 207 |
| 207-0083100 | 20191216 | TV-43INCH | 150.00 | 150.00 | 207 |
| 207-0083172 | 20191216 | TV-43INCH | 150.00 | 150.00 | 207 |
| 207-0083181 | 20191212 | AIRFRYER | 50.01 | 50.00 | 207 |
| 207-0083240 | 20191215 | TV-43INCH | 150.00 | 150.00 | 207 |
| 207-0083299 | 20191218 | TV-43INCH | 150.00 | 150.00 | 207 |
| 207-0083483 | 20191229 | KEURIGSINGLESERVE | 90.00 | 90.00 | 207 |
| | | | | 1,497.00 | |

```
PRINT DATE  . . :  12/16/2019                     ART VAN FURNITURE INC.                                         PAGE NUMBER:    1
PRINT TIME  . . :  10:24:01                               DEBIT MEMO
DEBIT MEMO#  . :  743156                                                            WAREHOUSE:  10 WAREHOUSE AVF
REQ. STORE#  . :
VENDOR . . . :  LZB     LA-Z-BOY CHAIR COMPANY                                              ENTRY: 12/16/2019 10:23:16 SRV808KKK1
REASON . . . :                                                                              CLOSE: 12/16/2019 10:23:16 SRV808KKK1

                          DEBIT MEMO   GENERATED   SHIPPED
LINE#  VENDOR/MODEL        QUANTITY    QUANTITY   QUANTITY    UNIT COST   EXTENDED COST
================================================================================================================================
   1                            0          0          0          .00         30.00

       Reason . . . . . :                        Service #  . . : 000-0000000-000    Location . :
       ACK#/Product ID:                          Delivery Date:                      Invoice  . :
       Customer Name  :                          Sell at  . . :     0% off           Auth . . . :
       Replacement Mdl:                                                              Vend Agree: Yes

       Problem Description
       -------------------
       IN HOME DELIVERY FEE TO EXHANGE DEFECTIVE ITEMS.$ 30.00
       810-12713 51-001 JASPER III P10-709-BLUE POWER ROCKER
       REFER TO DM# 740138
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE SOTRE 207 A $30.00 HANDLING FEE.
================================================================================================================================
                                                                                    TOTAL COST:     30.00

                                                  ** END OF LISTING **
```